No. 4681.—Avilés, aplda., v. Ortega, aplte.—■■■■■■■■■ C. D. San Juan. Julio 24, 1928. Concedidas varias prórrogas al apelante en este caso para que el taquígrafo preparase la transcripción de la evidencia y habiendo vencido la última el 7 del mes próximo pasado sin que haya solicitado ni obtenido nueva prórroga y sin que haya presentado en este tribunal la transcripción de los autos, debemos desestimar y desestimamos la apelación.

No. 2949.—El Pueblo apldo., v. Méndez, aplte.—■■■■ ■■■■ C. D. San Juan. Julio 26, 1928.

Por cuanto interpuesto recurso de apelación en esta causa se ha presentado un alegato en el que como únicos errores se señalan los cometidos a juicio del apelante por la corte sentenciadora al admitir la declaración de cierto testigo para impugnar la veracidad de otro y al apreciar la prueba; y

Por cuanto examinados los autos no existe en ellos exposición del caso, ni pliego de excepciones, ni transcripción de la evidencia, que permita examinar si tiene o no razón el apelante; y

Por cuanto la acusación y la sentencia son suficientes y congruentes;

Por tanto, se declara sin lugar el recurso y se confirma la sentencia apelada.